RECEIVED

AM
2018R01143

July 22, 2020

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

At: 8:30_____.m

WILLIAM T. WALSH

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Freda L. Wolfson |
|  | : | CLERK |
| v. | : | Crim. No.  3:20-606-01(FLW) |
|  | : |  |
| RAIMONDO SCHIANO | : | 26 U.S.C. § 7206(1) |

## I N F O R M A T I O N

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

### COUNTS 1 AND 2
### (Making and Subscribing False Tax Returns – 2017)

1.    At all times relevant to this Information, unless otherwise indicated:

    a.    Defendant Raimondo Schiano ("Schiano") was a resident of Forked River, New Jersey.

    b.    Schiano was the owner of Biago's Tattoria restaurant in Lanoka Harbor, New Jersey (the "Restaurant").

2.    As owner of the Restaurant, Schiano was responsible for filing federal corporate income tax returns on behalf of the Restaurant.

3.    Schiano had an obligation as a United States taxpayer to accurately report to the Internal Revenue Service ("IRS") taxable income for the Restaurant on an United States Corporation Income Tax Return, Form 1120, and for himself on an United States Individual Income Tax Return, Form 1040.

4.    Over the course of several years, Schiano diverted revenue from sales at the Restaurant to his personal bank account (the "Diverted Funds").  No

federal corporate income tax was paid on the Diverted Funds as income to the Restaurant. Nor did Schiano pay federal personal income tax on the Diverted Funds.

5. As a result of the Diverted Funds, Schiano failed to report approximately $459,388.37 in taxable income on the Restaurant's federal corporate income tax returns for the fiscal tax years 2014 through 2018 (the "Restaurant's Tax Returns"). The Restaurant's Tax Returns therefore were not true and correct as to every material matter in that Schiano failed to accurately report the Restaurant's taxable income.

6. Similarly, Schiano failed to report approximately $404,654.39 in taxable income on his federal personal income tax returns during the calendar tax years 2014 through 2018 (the "Personal Tax Returns"). The Personal Tax Returns therefore were not true and correct as to every material matter in that Schiano failed to accurately report his taxable income.

7. Schiano signed the Restaurant's Tax Returns and the Personal Tax Returns, and each contained a written declaration that it was signed under penalty of perjury.

8. In total, Schiano failed to pay approximately $185,100 in combined federal corporate and personal income taxes owed, as laid out below:

| Return Form Number | Date subscribed (on or about) | Tax Year Ending | Approximate Net Unreported Income | Approximate Tax Due & Owing |
|---|---|---|---|---|
| 1120 | 12/15/2014 | 9/30/2014 | $110,398.00 | $25,289.00 |

2

| 1120 | 12/15/2015 | 9/30/2015 | $68,951.00 | $11,461.00 |
|---|---|---|---|---|
| 1120 | 12/15/2016 | 9/30/2016 | $93,564.00 | $19,285.00 |
| 1120 | 01/15/2018 | 9/30/2017 | $159,836.00 | $44,809.00 |
| 1120 | 01/15/2019 | 9/30/2018 | $70,570.00 | $14,374.00 |
| 1040A | 04/15/2015 | 12/31/2014 | $61,156.78 | $11,011.00 |
| 1040 | 04/15/2016 | 12/31/2015 | $78,894.69 | $9,378.00 |
| 1040 | 04/15/2017 | 12/31/2016 | $73,815.27 | $10,249.00 |
| 1040 | 04/15/2018 | 12/31/2017 | $175,871.43 | $37,526.00 |
| 1040 | 04/15/2019 | 12/31/2018 | $14,916.22 | $1,718.00 |

9.     On or about the filing dates listed below, in the District of New Jersey, and elsewhere, defendant

RAIMONDO SCHIANO

knowingly and willfully made and subscribed United States Individual Income Tax Returns, Forms 1040, and United States Corporation Income Tax Returns, Forms 1120, for the tax years set forth below, each of which was verified by a written declaration that it was made under penalty of perjury, and which Schiano did not believe to be true and correct as to every material matter in that each return failed to report taxable income, and understated the taxable income for each return for each tax year as set forth below, each false tax return constituting a separate count of this Information:

3

| Count | Return Form Number | Date Subscribed (on or about) | Tax Year Ending | Approximate Net Unreported Income | Approximate Tax Due & Owing |
|---|---|---|---|---|---|
| 1 | 1120 | 01/15/2018 | 9/30/2017 | $159,836.00 | $44,809.00 |
| 2 | 1040 | 04/15/2018 | 12/31/2017 | $175,871.43 | $37,526.00 |

In violation of Title 26, United States Code, Section 7206(1).

CRAIG CARPENITO
United States Attorney

4